LAW LIBRARY

2010 JUL -9 AM 8: 29
FILED
K. HAMAKADO
CLERK, APPELLATE COURTS
STATE OF HAWAII

NO. 28206

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

KAMALI C.E.M. McELVANEY; JON E. McELVANEY,
Petitioners-Plaintiffs-Appellants,
vs.

HARVELEE H. LEITE-AH YO, R.P.T., D.C.; OTAGANI MAYSONET, D.C.;
HAWAII PHYSICAL THERAPY & CHIROPRACTIC CLINIC, INC.,
Respondents-Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CIV. NO. 03-1-0169)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Nakayama, J., for the court[1])

Petitioners-Plaintiffs-Appellants' application for writ of certiorari filed on May 26, 2010, is hereby rejected.

DATED: Honolulu, Hawai'i, July 9, 2010.

FOR THE COURT:

*[signature]*

Associate Justice

APPELLATE COURTS SEAL STATE OF HAWAII

Arthur Y. Park, Laurent J.
Remillard, Jr., and John C.
McLaren of Park Park &
Remillard for petitioners
on the application

---

[1]Considered by: Nakayama, Acting, C.J., Acoba and Duffy, JJ., Circuit Judge Nacino, in place of Moon, C.J., recused and Circuit Judge Browning in place of Recktenwald, J., recused.